# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Burgos Group, LLC | )   ASBCA No. 61896 |
| | ) |
| Under Contract No. N40085-17-C-4206 | ) |

APPEARANCE FOR THE APPELLANT:      David A. Rose, Esq.
                                   Rose Consulting Law Firm
                                   Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                   Matthew D. Bordelon, Esq.
                                   Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $45,000. This amount is inclusive of interest. No further interest shall be paid and both parties shall bear their own costs and attorney fees.

Dated: January 7, 2020

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61896, Appeal of Burgos Group, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals